## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:                                          :   CHAPTER 13
Teonna A. Smart                                 :
     Debtor                        :   B ANKRUPTCY NO.: 18-18057-mdc

### ORDER

AND NOW this_____ *19ᵗʰ*_____ day of _____*March*_____, 2019, upon consideration of the Motion to Determine Security and Allowed Secured Claim, filed by the Debtor and the Response thereto, and after a hearing, it is hereby ORDERED and DETERMINED that:

1.  The Motion is **GRANTED**.

2.  The replacement value under 11 U.S.C. §506(a) of the 2013 Toyota Camry, which is the subject of the Motion, is $~~9,750.00~~. *$12,650.00*

3.  Toyota Motor Credit Corporation (Claim #2) is ALLOWED as a secured claim in the amount of **$9,750.00** and the remainder shall be treated as a general unsecured claim.

4.  The Clerk shall amend the Claims Register to reflect the terms of Paragraph 3 above.

BY THE COURT:

*Magdeline D. Co*————

HON. Hon. Magdeline D. Coleman
U.S. BANKRUPTCY JUDGE

cc:     United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

William C. Miller
ecfemails@ph13trustee.com, philaecf@gmail.com