United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                          Case No. 18-18057-mdc
Teonna A. Smart                                                                 Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: John              Page 1 of 1              Date Rcvd: Mar 20, 2019
                              Form ID: pdf900         Total Noticed: 7

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 22, 2019.
db         +Teonna A. Smart,    1518 Orland Street,    Philadelphia, PA 19126-2754
cr         +Toyota Motor Credit Corporation,    c/o KEVIN G. MCDONALD,    701 Market St. Suite 5000,
             Philadelphia, PA 19106-1541
14284119   +Toyota Motor Credit Corporation,    c/o KEVIN G. MCDONALD,    KML LAW GROUP, P.C.,
             701 Market St. Suite 5000,    Philadelphia, PA 19106-1541
14267238   +Toyota Motor Credit Corporation,    PO Box 9013,    Addison, Texas 75001-9013

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg         E-mail/Text: megan.harper@phila.gov Mar 21 2019 02:26:24     City of Philadelphia,
             City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
             Philadelphia, PA  19102-1595
smg         E-mail/Text: RVSVCBICNOTICE1@state.pa.us Mar 21 2019 02:25:52
             Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
             Harrisburg, PA  17128-0946
smg        +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Mar 21 2019 02:26:20     U.S. Attorney Office,
             c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
                                                                                              TOTAL: 3

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 22, 2019                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 20, 2019 at the address(es) listed below:
              BRANDON J. PERLOFF    on behalf of Debtor Teonna A. Smart bperloff@kminjurylawyers.com,
               kmecf1429@gmail.com,mhazlett@kminjurylawyers.com
              KEVIN G. MCDONALD    on behalf of Creditor    Toyota Motor Credit Corporation
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                              TOTAL: 4

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:                                    :    CHAPTER 13
Teonna A. Smart                           :
    Debtor                                :    BANKRUPTCY NO.: 18-18057-mdc

## ORDER

AND NOW this ___19th___ day of ___March___, 2019, upon consideration of the Motion to Determine Security and Allowed Secured Claim, filed by the Debtor and the Response thereto, and after a hearing, it is hereby ORDERED and DETERMINED that:

1. The Motion is **GRANTED**.

2. The replacement value under 11 U.S.C. §506(a) of the 2013 Toyota Camry, which is the subject of the Motion, is ~~$9,750.00~~. $12,650.00

3. Toyota Motor Credit Corporation (Claim #2) is ALLOWED as a secured claim in the amount of **$9,750.00** and the remainder shall be treated as a general unsecured claim.

4. The Clerk shall amend the Claims Register to reflect the terms of Paragraph 3 above.

BY THE COURT:

_Magdeline D. Co_____
HON. Hon. Magdeline D. Coleman
U.S. BANKRUPTCY JUDGE

cc:    United States Trustee
       USTPRegion03.PH.ECF@usdoj.gov

       William C. Miller
       ecfemails@ph13trustee.com, philaecf@gmail.com