## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Teonna A. Smart<br>        Debtor<br><br>Toyota Motor Credit Corporation<br>        Movant<br>    vs.<br><br>Teonna A. Smart<br>        Debtor | CHAPTER 13<br><br><br><br><br><br>NO. 18-18057 MDC |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

Kindly withdraw the Objection to Confirmation of Toyota Motor Credit Corporation, which was filed with the Court on or about March 6, 2019 (Document No. 24).

                                          Respectfully submitted,

                                        **/s/ Kevin G. McDonald, Esquire**
                                        Kevin G. McDonald, Esquire
                                        Attorney for Movant
                                        KML Law Group, P.C.
                                        BNY Mellon Independence Center
                                        701 Market Street, Suite 5000
                                        Philadelphia, PA  19106
                                        215-627-1322

June 5, 2019