## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | CHAPTER 13 |
| Teonna A. Smart | : | |
| Debtor | : | BANKRUPTCY NO.: 18-18057-mdc |

### **AMENDED ORDER**

AND NOW this_____ day of _____, 2019, upon consideration of the Motion to Determine Security and Allowed Secured Claim, filed by the Debtor and the Response thereto, and after a hearing, it is hereby ORDERED and DETERMINED that:

1. The Motion is **GRANTED**.

2. The replacement value under 11 U.S.C. §506(a) of the 2013 Toyota Camry, which is the subject of the Motion, is **$12,050.00.**

3. Toyota Motor Credit Corporation (Claim #2) is **ALLOWED** as a secured claim in the amount of **$12,050.00** and the remainder shall be treated as a general unsecured claim.

4. The Clerk shall amend the Claims Register to reflect the terms of Paragraph 3 above.

5. The Order Dated March 19, 2019 (Doc. #27) is **VACATED** and replaced with the instant Order.

BY THE COURT:

_____
HON. Hon. Magdeline D. Coleman
U.S.   BANKRUPTCY JUDGE

cc:     United States Trustee
        USTPRegion03.PH.ECF@usdoj.gov

        William C. Miller
        ecfemails@ph13trustee.com, philaecf@gmail.com