# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Chapter 13 |
| Teonna A. Smart | : | |
| Debtors | : | Bky. No. 18-18057-mdc |

## CERTIFICATION OF NO RESPONSE
## TO MOTION TO MODIFY PLAN (POST-CONFIRMATION)

I, Brandon Perloff, Esq, Counsel for Debtors in the above matter, do hereby certify that the MOTION TO MODIFY PLAN (POST-CONFIRMATION) and NOTICE thereof was served on all interested parties on 8/21/2020, and I have not received any Objections or Responses to said Motion.

WHEREFORE, the Motion is uncontested and the undersigned requests this Honorable Court to enter the proposed Order submitted with the Motion, a copy of which was attached thereto.

Respectfully submitted,

Date: September 15, 2020

/s/ Brandon Perloff, Esq.
Brandon Perloff, Esquire
415 S. Broad Street, 2R
Philadelphia, PA 19147
bperloff@perlofflaw.com
215-287-4231