# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In Re: Teonna A. Smart** | : | **Chapter 13** |
| **Debtor** | : | |
| | : | **Bankruptcy No.18-18057-mdc** |

## ORDER

**AND NOW,** this __24th__ day of _____September_____, 2020, upon consideration of the Debtor's Motion to Modify the Plan (Post-Confirmation), and after Notice and a hearing, the Motion is hereby **GRANTED.**

The Modified Plan filed with said Motion complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.

WHEREFORE, it is **ORDERED** that the plan is **CONFIRMED**.

Date: _____

_____
Magdeline D. Coleman
Chief U.S. Bankruptcy Judge