```
                          United States Bankruptcy Court
                          Eastern District of Pennsylvania
```

In re:                                                        Case No. 18-18057-mdc
Teonna A. Smart                                               Chapter 13
         Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: Keith            Page 1 of 1           Date Rcvd: Sep 25, 2020
                         Form ID: pdf900        Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 27, 2020.
db             +Teonna A. Smart,   1518 Orland Street,   Philadelphia, PA 19126-2754
cr             +Toyota Motor Credit Corporation,   c/o KEVIN G. MCDONALD,   701 Market St. Suite 5000,
                Philadelphia, PA 19106-1541

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 27, 2020                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 25, 2020 at the address(es) listed below:
              BRANDON J PERLOFF    on behalf of Debtor Teonna A. Smart bperloff@perlofflaw.com,
               kmecf1429@gmail.com
              KEVIN G. MCDONALD    on behalf of Creditor    Toyota Motor Credit Corporation
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                             TOTAL: 4

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: Teonna A. Smart | : | Chapter 13 |
| Debtor | : | |
| | : | Bankruptcy No. 18-18057-mdc |

### ORDER

**AND NOW,** this 24th day of September, 2020, upon consideration of the Debtor's Motion to Modify the Plan (Post-Confirmation), and after Notice and a hearing, the Motion is hereby **GRANTED.**

The Modified Plan filed with said Motion complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.

WHEREFORE, it is **ORDERED** that the plan is **CONFIRMED.**

Date:

_____
Magdeline D. Coleman
Chief U.S. Bankruptcy Judge