# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Chapter 13 |
| Teonna A. Smart | : | |
| Debtor | : | Bky. No. 18-18057-mdc |

## CERTIFICATION OF NO RESPONSE
## TO APPLICATION FOR COMPENSATION

    I, Brandon Perloff, Esq, Counsel for Debtor in the above matter, do hereby certify that after the SUPPLEMENTAL APPLICATION FOR COMPENSATION as well as the NOTICE thereof was served on all interested parties on 10/13/2020; neither an objection to the proposed compensation nor an application for any other administrative expenses has been filed.

    WHEREFORE, the Application is uncontested and the undersigned requests this Honorable Court to enter the proposed Order submitted with the Application, a copy of which was attached thereto.

                                              Respectfully submitted,

Date: October 30, 220                          /s/ Brandon Perloff, Esq.
                                                         Brandon Perloff, Esquire
                                                         Brandon Perloff, P.C.
                                                         415 S. Broad Street, 2R
                                                         Philadelphia, PA 19147
                                                         bperloff@perlofflaw.com
                                                         *Applicant/ Attorney for Debtor*