**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

In re:

                              Chapter 13

                              Bankruptcy No. 18-18057-MDC

TEONNA A SMART

1518 ORLAND STREET

PHILADELPHIA, PA 19126

    Debtor

## **CERTIFICATE OF SERVICE**

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    TEONNA A SMART

    1518 ORLAND STREET

    PHILADELPHIA, PA 19126

Counsel for debtor(s), by electronic notice only.

    BRANDON J. PERLOFF
    415 S. BROAD ST., UNIT 2R

    PHILADELPHIA, PA 19147-

Date: 12/29/2020

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee