**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

In re:

          Chapter 13

          Bankruptcy No. 18-18057-MDC

TEONNA A SMART

1518 ORLAND STREET

PHILADELPHIA, PA 19126

    Debtor

## **CERTIFICATE OF SERVICE**

**AND NOW**, comes Kenneth E. West, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    TEONNA A SMART

    1518 ORLAND STREET

    PHILADELPHIA, PA 19126

Counsel for debtor(s), by electronic notice only.

    BRANDON J. PERLOFF, ESQ.
    315 NORTH 12TH STREET
    STE #204
    PHILADELPHIA, PA 19107-

                                    /S/ Kenneth E. West

Date: 2/2/2023                     _____

                                    Kenneth E. West, Esquire
                                    Chapter 13 Standing Trustee