**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: § § § **TEONNA A. SMART** § **DEBTOR** § § | **CASE NO. 18-18057** |

**NOTICE OF ADDRESS CHANGE**

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). PLEASE TAKE NOTICE that the notice address and payment address for the below mentioned Creditor has changed. Please update the case and claims register with the new information outlined below.

| **Toyota Motor Credit Corporation** | **2** | **xxxx0655** |
|---|---|---|
| Creditor Name | Court Claim # | Last Four Digits of Acct.# |

**Prior Name and Address where notices should be sent:**
Toyota Motor Credit Corporation
PO Box 8026
Cedar Rapids, Iowa 52408-8026
Phone: (800) 874-8822

**Prior Name and Address where payments should be sent:**
Toyota Motor Credit Corporation
PO Box 9490
Cedar Rapids, Iowa 52409-9490
Phone: (800) 874-8822

**Current Name and Address where notices should be sent:**
Toyota Motor Credit Corporation
PO Box 8026
Cedar Rapids, Iowa 52408-8026
Phone: (800) 874-8822

**Current Name and Address where payments should be sent:**
Toyota Motor Credit Corporation
PO Box 4700
Phoenix, AZ 85030
Phone: (800) 874-8822

Dated: 05/23/2024

Respectfully submitted,
Bonial & Associates, P.C.

/s/ Natalie Lea
Natalie Lea
14841 Dallas Parkway, Suite 350
Dallas, Texas 75254
(972) 643-6600
(972) 643-6698 (Telecopier)
E-mail: POCInquiries@BonialPC.com
Authorized Agent for Creditor

3519-N-4595