**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
| | : | |
| Teonna A. Smart | : | |
| | : | Bankruptcy No. 18-18057-PMM |
| | : | |
| Debtor(s) | : | |

## **PRAECIPE TO WITHDRAW**

Kindly withdraw the Trustee's Motion to Dismiss filed at Docket entry #98

                                            Respectfully submitted,

Date: January 10, 2025                        /s/ Kenneth E. West, Esq
                                                        Kenneth E. West, Esq.
                                                          Chapter 13 Standing Trustee