Certificate Number: 12433-PAE-DE-040478787

Bankruptcy Case Number: 18-18057



12433-PAE-DE-040478787

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on January 6, 2026, at 5:15 o'clock PM EST, Teonna Alyse Smart completed a course on personal financial management given by internet by Solid Start Financial Education Services, LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:  January 6, 2026                By:    /s/Lisa Susoev

Name:  Lisa Susoev

Title:  Teacher