B2830 (Form 2830)

## L.B.F. 4004-3B

**UNITED STATES BANKRUPTCY COURT**

**EASTERN DISTRICT OF PENNSYLVANIA**

In re **TEONNA SMART**　　　　　　　　　　Case No. 18-18057- pmm
　　　　　**Debtor**

**CHAPTER 13 DEBTOR'S CERTIFICATIONS REGARDING
DOMESTIC SUPPORT OBLIGATIONS AND SECTION 522(q)**

*Part I. Certification Regarding Domestic Support Obligations (check no more than one)*

Pursuant to 11 U.S.C. Section 1328(a), I certify that:

☑    I owed no domestic support obligation when I filed my bankruptcy petition, and I have not been required to pay any such obligation since then.

❑    I am or have been required to pay a domestic support obligation. I have paid all such amounts that my chapter 13 plan required me to pay. I have also paid all such amounts that became due between the filing of my bankruptcy petition and today.

*Part II. If you checked the second box, you must provide the information below.*

My current address:

_____

_____

My current employer and my employer's address:

_____

_____

B2830 (Form 2830)

*Part III. Certification Regarding Section 522(q) (check no more than one)*

Pursuant to 11 U.S.C. Section 1328(h), I certify that:

☑ (1)   I have not claimed an exemption pursuant to § 522(b)(3) and state or local law in property that I or a dependent of mine uses as a residence, claims as a homestead, or acquired as a burial plot, as specified in § 522(p)(1), and (2) that exceeds $189,050* in value in the aggregate.

☐   I have claimed an exemption in property pursuant to § 522(b)(3) and state or local law (1) that I or a dependent of mine uses as a residence, claims as a homestead, or acquired as a burial plot, as specified in § 522(p)(1), and (2) that exceeds $189,050* in value in the aggregate.

*Part IV. Debtor's Signature*

I certify under penalty of perjury that the information provided in these certifications is true and correct to the best of my knowledge and belief.

Executed on  01 / 10 / 2026                               /s/ [signature]
            Date                                               Debtor

***Amounts are subject to adjustment on 4/01/25, and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.***

Doc ID: 8e70ab519436f5179d7d41ca15a06cae1d707f26

 Audit trail

| | |
|---|---|
| Title | DSO Cert (Smart).pdf |
| File name | DSO%20Cert%20%28Smart%29.pdf |
| Document ID | 8e70ab519436f5179d7d41ca15a06cae1d707f26 |
| Audit trail date format | MM / DD / YYYY |
| Status | ● Signed |

This document was requested from app.clio.com

## Document History

**SENT**  **01 / 10 / 2026**  Sent for signature to Teonna Smart (teonna8924@gmail.com)
15:11:42 UTC  from bperloff@howlandhess.com
IP: 68.84.65.46

**VIEWED**  **01 / 10 / 2026**  Viewed by Teonna Smart (teonna8924@gmail.com)
17:48:13 UTC  IP: 98.115.218.114

**SIGNED**  **01 / 10 / 2026**  Signed by Teonna Smart (teonna8924@gmail.com)
17:49:02 UTC  IP: 98.115.218.114

**COMPLETED**  **01 / 10 / 2026**  The document has been completed.
17:49:02 UTC